UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-20520-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

HECTOR ALEJANDRO HERNANDEZ,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on September 4, 2013. A Report and Recommendation filed on September 13,2013 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One, Two, Three and Four of the Superseding Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2013.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Counsel of Record